1  PAUL L. REIN, (SBN 43053)
   CELIA MCGUINNESS (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    (510) 832-5001
4  Facsimile:    (510) 832-4787

5  Attorneys for Plaintiff TIMOTHY CLEVELAND

6  MARTIN H. ORLICK, (SBN 83908) mho@jmbm.com
   MATTHEW S. KENEFICK (SBN 227298) msk@jmbm.com
7  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, 5th Floor
8  San Francisco, CA  94111
   Telephone: (415) 398-8080
9  Facsimile:  (415) 398-5584

10 Attorneys for Defendant HERBERT GLOOR

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 TIMOTHY CLEVELAND, | CASE NO.    1:09-CV-02063 AWI-SKO |
| 16          Plaintiff, | **STIPULATION TO RE-SET SETTLEMENT CONFERENCE AND ORDER THEREON** |
| 17     v. | |
| 18 MARIPOSA LODGE; JOAN GLOOR and HERBERT GLOOR dba THE MARIPOSA | DATE: July 21, 2010<br>TIME:  10:30 a.m.<br>CTRM:  8 (SKO)<br>JUDGE: Sheila K. Oberto |
| 19 LODGE; and DOES 1-10, inclusive, | U.S. Magistrate Judge |
| 20          Defendants. | Complaint filed:  November 24, 2009 |

TO THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

This stipulation is based on the foregoing facts:

1.     Due to a miscommunication regarding the current date of the Settlement Conference, June 23 will be a 25th wedding celebration for Defendant's authorized representative and he will be unable to attend the hearing on this date.

1  2. Defendant will respond to Barry Atwood's Report by July 13, 2010.

2  3. Based on the foregoing, the parties respectfully request a brief rescheduling of the
3  Settlement Conference currently scheduled for June 23, 2010, to July 21, 2010, at 10:30 a.m..  The
4  requested time will permit the parties an opportunity to communicate about the outstanding
5  injunctive relief issues.

DATED:  June 22, 2010          JEFFER, MANGELS, BUTLER & MARMARO LLP
                               MARTIN H. ORLICK
                               MATTHEW S. KENEFICK


                               By: /s/ Martin H. Orlick
                                        MARTIN H. ORLICK
                                   Attorneys for Defendant HERBERT GLOOR

DATED:  June 22, 2010          LAW OFFICES OF PAUL L. REIN


                               By: /s/ Paul L. Rein
                                        PAUL L. REIN
                                   Attorneys for Plaintiff TIMOTHY CLEVELAND

ORDER

Good cause appearing, it is ordered that the Settlement Conference currently set for June 23, 2010, shall be rescheduled to July 21, 2010, at 10:30 a.m.

IT IS SO ORDERED.


Dated:  **June 22, 2010**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE