1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   TIMOTHY CLEVELAND
7
8  MARTIN H. ORLICK, Esq. (SBN 83908)
   JEFFER, MANGELS, BUTLER & MARMARO, LLP
9  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
10 Telephone:  415/398-8080
   Facsimile:   415/298-5584
11 morlick@jmbm.com

12 Attorneys for Defendant:
   HERBERT GLOOR

13
                IN THE UNITED STATES DISTRICT COURT
14       IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 TIMOTHY CLEVELAND,              Case  No. 1:09-CV-02063-AWI-SKO
                                   Civil Rights
17        Plaintiff,

18 v.
                                   **STIPULATION TO DISMISS**
19                                 **WITH PREJUDICE AND ORDER**

20 MARIPOSA LODGE; JOAN            Pursuant to FRCP RULE 41(a)(2)
   GLOOR and HERBERT GLOOR
   dba THE MARIPOSA LODGE; and
21 DOES 1-10, INCLUSIVE,

22        Defendants.
                                /
23

24        IT IS HEREBY STIPULATED by and between Plaintiff TIMOTHY

25 CLEVELAND and Defendant HERBERT GLOOR dba THE MARIPOSA

26 LODGE, through their designated counsel, that this action be and is hereby

27 dismissed in its entirety with prejudice pursuant to FRCP 41(a)(2).

28 //

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA **94612**-3503
**(510) 832-5001**

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 1:09-CV-02063-AWI-SKO                    -1-                    K:\AWI\To_Be_Signed\09cv2063.o.dismissal.wpd

1    Dated: May 3, 2011              Respectfully submitted,

2                                    LAW OFFICES OF PAUL L. REIN

3
                                        /s/ Paul L. Rein
4                                    By PAUL L. REIN
                                     Attorneys for Plaintiff
5                                    TIMOTHY CLEVELAND

6

7    Dated:  May 3, 2011            JEFFER, MANGELS, BUTLER & MARMARO,
                                    LLP
8

9                                       /s/ Martin H. Orlick
                                    By MARTIN H. ORLICK
10                                   Attorney for Defendant
                                    HERBERT GLOOR
11

12

13

14                         **ORDER BY THE COURT**

15          The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of

16   Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

17          an action may be dismissed by the plaintiff without order of court (i) by filing a
            notice of dismissal at any time before service by the adverse party of an answer or
18          of a motion for summary judgment, whichever first occurs, or (ii) by filing a
            stipulation of dismissal signed by all parties who have appeared in the action.
19          Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
            without prejudice, except that a notice of dismissal operates as an adjudication
20          upon the merits when filed by a plaintiff who has once dismissed in any court of
            the United States or of any state an action based on or including the same claim.
21

22   Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

23   answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

24   although an oral stipulation in open court will also suffice.   Carter v. Beverly Hills Sav. & Loan

25   Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

26   1986).  Once the stipulation between the parties who have appeared is properly filed or made in

27   open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.

28   41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 1:09-CV-02063-AWI-SKO

-2-

K:\AWI\To_Be_Signed\09cv2063.o.dismissal.wpd

1    with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have

2    made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii).

3            Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of

4    the Court is DIRECTED to close this case in light of the parties' filed and signed Rule

5    41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

6    IT IS SO ORDERED.

7
8    Dated:    May 3, 2011            CHIEF UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 1:09-CV-02063-AWI-SKO                    -3-                    K:\AWI\To_Be_Signed\09cv2063.o.dismissal.wpd